## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

NANCY J. SWICK,

      **Plaintiff,**

         **v.**

UNITED STATES DEPARTMENT OF THE
ARMY,

      **Defendant.**

**Civil Action No. 18-1658 (JDB)**

## ORDER

Upon consideration of [57] Defendant's Second Renewed Motion for Summary Judgment, and [60] Plaintiff's Second Renewed Cross Motion for Summary Judgment, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that defendant's summary judgment motion is **GRANTED**; and it is further

**ORDERED** that plaintiff's cross-motion for summary judgment is **DENIED**.

**SO ORDERED.**

/s/
JOHN D. BATES
United States District Judge

Dated:  March 15, 2022